USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA,

        -v-

MARIA FRANCO,

              Defendant.
-----------------------------------------------------------------X

**ORDER**

21-CR-207

**JAMES L. COTT, United States Magistrate Judge.**

The sentencing proceeding in this case is scheduled for **July 30, 2021**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must submit it no later than one week before the proceeding, *i.e.*, by **July 23, 2021**.

    **SO ORDERED.**

Dated:  New York, New York
          April 22, 2021

_____
JAMES L. COTT
United States Magistrate Judge