USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,

    -v-

MARIA FRANCO,

           Defendant.
------------------------------------------------------------X

**ORDER**

21-CR-207 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    Due to a change in the Court's schedule, the sentencing proceeding in this case scheduled for **July 30, 2021** is hereby rescheduled for **July 28, 2021 at 10:00 a.m.** If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must do so no later than one week before the proceeding, *i.e.*, by **July 21, 2021**. At the present time, the Court anticipates that the sentencing will take place in person in courtroom 21-D, 500 Pearl Street, New York, New York. The Court will advise the parties if the sentencing is not to take place in person.

    SO ORDERED.

Dated: New York, New York
       May 7, 2021

                                                  JAMES L. COTT
                                                  United States Magistrate Judge