```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

      -v-

MARIA FRANCO,

              Defendant.
-------------------------------------------------------------X

**ORDER**

21-CR-207 (JLC)

**JAMES L. COTT, United States Magistrate Judge.**

    The sentencing proceeding in this case is now scheduled for **October 12, 2021 at noon**. If either the Government or the Defendant plans to submit a sentencing memorandum or letter in advance of the proceeding, they must do so no later than one week before the proceeding, *i.e.*, by **October 5, 2021**.

    **SO ORDERED.**

Dated: New York, New York
         September 7, 2021

_____
JAMES L. COTT
United States Magistrate Judge